1002

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN PAUL TALBOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-06585-1, Joan B. Allison, J. Pro Tem., entered April 23, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Becker and Schindler, JJ.

[No. 54418-7-I. Division One. October 17, 2005.]

MARK ADAMS, *Appellant*, v. STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 02-2-36564-7, Jeffrey M. Ramsdell, J., entered May 7 and June 1, 2004. *Affirmed* by unpublished opinion per Agid, J, concurred in by Baker, J.; Kennedy, J., indicated her concurrence prior to her death on September 16, 2005.

[No. 54747-0-I. Division One. October 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. M.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-03665-1, Leroy McCullough, J., entered July 8, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54779-8-I. Division One. October 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL JIMMY SMITH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-02263-7, Richard J. Thorpe, J., entered July 29, 2004. *Affirmed* by unpublished per curiam opinion.